1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO, CALIFORNIA

| | |
|---|---|
| REGINALD GILLIAM, | ) 1: 12-cv-01138-AWI-BAM |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER GRANTING APPLICATION** |
| v. | ) **TO PROCEED IN FORMA PAUPERIS** |
| | ) |
| CITY OF FRESNO, *et al.*, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

10
11
12
13
14
15
16
17

On July 11, 2012, plaintiff Reginald Gilliam ("Plaintiff") filed an application to proceed

in forma pauperis.  (Doc. 2.)  Having reviewed the in forma pauperis application, this court

GRANTS Plaintiff's application.

IT IS SO ORDERED.

**Dated:**   **July 11, 2012**        /s/ **Barbara A. McAuliffe**
                    UNITED STATES MAGISTRATE JUDGE

18
19
20
21
22
23
24
25
26
27
28

1