1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO, CALIFORNIA

| | | |
|---|---|---|
| REGINALD GILLIAM, | ) | 1: 12-cv-01138-AWI-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING APPLICATION |
| v. | ) | TO PROCEED IN FORMA PAUPERIS |
| | ) | |
| CITY OF FRESNO, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

        On July 11, 2012, plaintiff Reginald Gilliam ("Plaintiff") filed an application to proceed
in forma pauperis.  (Doc. 2.)  Having reviewed the in forma pauperis application, this court
GRANTS Plaintiff's application.

        IT IS SO ORDERED.

**Dated:** __ **July 11, 2012** __        ____ **/s/ Barbara A. McAuliffe** _____
                                          UNITED STATES MAGISTRATE JUDGE